IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4
In Case Number __1:11-cr-00118-LMB__ , Case Name __USA v. Bowman__
Party Represented by Applicant: __Raymond Edward Bowman__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Eric Lloyd Yaffe__
Bar Identification Number __0387566__   State __Minnesota__
Firm Name __Gray, Plant, Mooty, Mooty & Bennett, P.A.__
Firm Phone # __(202) 295-2200__   Direct Dial # __(202) 295-2222__   FAX # __(202) 295-2250__
E-Mail Address __Eric.Yaffe@gpmlaw.com__
Office Mailing Address __2600 Virginia Avenue, Suite 1111, Northwest, Washington, D.C. 20037__

Name(s) of federal court(s) in which I have been admitted __See Attachment A.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   03/10/2011 (Date)
__Maisa Jean Frank__   __80373__
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

March 14, 2011
(Date)

## ATTACHMENT A TO APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4 (ERIC L. YAFFE)

| Federal Court: | Date Admitted: |
| --- | --- |
| United States District Court for the District of Massachusetts | March 19, 1987 |
| United States District Court for the District of Columbia | December 5, 2005 |
| United States Court of Appeals for the District of Columbia Circuit | December 13, 1991 |
| United States Court of Federal Claims | April 20, 1989 |
| United States Court of Appeals for the First Circuit | October 23, 2003 |
| United States Court of Appeals for the Fourth Circuit | January 19, 2002 |
| United States Court of Appeals for the Ninth Circuit | October 17, 2002 |
| United States District Court for the District of Maryland | November 18, 2002 |
| United States District Court for the Eastern District of Michigan | March 21, 2005 |